NEW YORK CITY CAR ADVERTISING COMPANY, Respondent, *v.* MORRIS PARK ESTATES, Appellant.

*N. Y. City Car Advertising Co. v. Morris Park Estates*, 165 App. Div. 986, affirmed.

(Argued November 20, 1917; decided December 4, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 8, 1915, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court. The action was brought on two contracts by which plaintiff agreed to sell to the defendant certain advertising space in street cars in New York city during the spring and early summer of 1913. That plaintiff performed the

contracts and that defendant has failed and refused to pay for the advertising space was undisputed. The contracts were originally in writing, but one of them was afterwards orally modified by continuing it for a few days. The contracts were executed on behalf of and in the name of defendant by one J. Clarence Davies, who signed as agent for defendant. The only questions raised at the trial were (1) whether the written contract of agency between defendant and the agent who, as defendant's agent, executed the contracts with the plaintiff (the contracts sued on) gave the agent authority to execute contracts for the purchase of advertising; (2) assuming that the written contract of agency gave the agent such authority, whether the court erred in refusing to allow defendant to prove certain limitations on that authority not appearing on the face of the written contract of agency.

*Ralph Royall* for appellant.

*M. S. Guiterman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, CUDDEBACK, HOGAN, and POUND, JJ. Not sitting: McLAUGHLIN, J. Not voting: ANDREWS, J.